## PROOF OF SERVICE

United States District Court, State of New Jersey, Civil Docket No. 3:10-cv-04814-GEB-DEA PURPURA et al v. SEBELIUS et al:

VIOLATION –Title 28 U.S.C. 1331 – CIVIL RIGHTS
Request for Declaratory Judgment – Trial by Jury

I, Chris Seiler,

Served the above referenced documents by causing a true and correct copy to be mailed certified, return receipt as follows:

KATHLEEN SEBELIUS and the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; Secretary of the United States Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

TIMOTHY F. GEITHNER and the UNITED STATESDEPARTMENT OF THE TREASURY, Secretary of the United States Department of the Treasury;
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

HILDA L. SOLIS and the UNITED STATES DEPARTMENT OF LABOR; Secretary of the United States Department of Labor;
200 Constitution Ave., NW
Washington, D.C. 20210

I declare I am a citizen of the United States, am over the age of 18, reside in Wall, New Jersey, and am not a party to this action.

I declare under penalty of perjury under the State of New Jersey that the foregoing is true to the best of my knowledge.

Dated September 24, 2010

Chris Seiler

For Plaintiffs,

Nicholas E. Purpura, *pro se*
1802 Rue De La Port
Wall, New Jersey 07719
732- 449-0856
718- 974-2273

Donald L. Laster Jr. *pro se*
25 Heidl Ave
West Long Branch, New Jersey 07764
732- 263-9235
732- 539-5658

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WASHINGTON DC 20210

| | | |
|---|---|---|
| Postage | $ | $2.75 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.85 |

Sent To: US Dept of Labor % Hilda L Solis
Street, Apt. No.; or PO Box No.: 200 Constitution Ave NW
City, State, ZIP+4: Wash DC 20210

PS Form 3800, August 2006  See Reverse for Instructions

7007 0890 0002 3020 053

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WASHINGTON DC 20220

| | | |
|---|---|---|
| Postage | $ | $2.75 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.85 |

Sent To: US Dept of Treasury % Timothy Geithner
Street, Apt. No.; or PO Box No.: 1500 Pennsylvania Ave NW
City, State, ZIP+4: Washington, DC 20220

PS Form 3800, August 2006  See Reverse for Instructions

7007 0890 0002 3020 6060

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WASHINGTON DC 20201

| | | |
|---|---|---|
| Postage | $ | $2.75 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.85 |

Sent To: US Dept of Health & Human Svc. % K. Sebelius
Street, Apt. No.; or PO Box No.: 200 Independence Ave SW
City, State, ZIP+4: Washington DC 20201

PS Form 3800, August 2006  See Reverse for Instructions

7007 0890 0002 3020 6077

Torpurro, N.C.
1812 Rue De La Port
Wall N.J. 07719

7008 2810 0002 0343 1131

CERTIFIED MAIL

CLERK, U.S. DISTRICT COURT
402 E. STATE STREET, RM 2020
Trenton, New Jersey 08608-9979

U.S. POSTAGE
PAID
WALL, NJ
07719
SEP 25, 10
AMOUNT
$3.24
00011813-03