*We the People*

Judge Freda L. Wolfson                                   December 2, 2010
United States District Court
District of New Jersey
402 East State Street Room 2020
Trenton, NJ 08608

**RECEIVED**

To be made part of the official record
Case No. 3:10-cv-04814 (D.N.J.)

**DEC - 6 2010**

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Dear Judge Wolfson,

We are in receipt of your November 23, 2010 correspondence, and would like to clarify what could be considered some misunderstanding of fact and law pertaining to the issue at bar. And, Petitioners request that her Honor recuse herself without further embarrassment for all concerned or unnecessary motion practices.

    (1) There were two formal pleadings before Her Honor, (i) a request for a TRO, and re-argument which the Court refused to properly sign, yet adjudicated the matter in a questionable manner to say the least. Especially given Her Honors reasoning for denial, which the Court ignored facts, law, and evidence, and based its decisions on two (2) vacuous letters; [not proper reply briefs from the Defendants]. See letters dated October 30, and November 18, 2010. No need to elaborate further, the pleadings and letters speak for themselves.

    (2) Clearly, 28 U.S.C.A. 455 (a) states: "Any justice, judge, or magistrate of the United States shall disqualify himself in any proceeding in which impartiality might reasonably be question."

While it is true, Plaintiffs did not file a complaint with the Judicial Conduct Committee, which would surely require Her Honor to formally recuse herself, one could rightfully conclude Her Honor displayed blatant partiality.

Your Honor seems to take issue that the Petition filed before the Court is referred to as "*We the Peoples*" Petition and mistakenly claims "the action was commenced by two individual Plaintiffs, Mr. Purpura and Mr. Laster. Thus the Court has no idea who or what entity the Plaintiffs continue to refer to in their letters."

    (1) Webster defines "people" *(b)* a group of persons with a common tradition, historical, or ... [For the purpose of this action "*We the people*" are those who are Petitioning their government based upon our Amendment 1 Right. We are still a Constitutional Republic, are we not]?

(2) Plaintiffs respectfully requests the Court see the caption on the original petition which clearly states: "et al. (Names separately on separate page)", also we ask the Court to refer to page 1-1 following page 42 of action that lists names of groups and individuals.

Please Take Judicial Notice: If those listed in our first pleading are not enough *"People"* for this Court, *"We the People"* amend the list with the following 4 pages of names of United States Citizens from New Jersey. Please amend and attach this list to Civil Action, No. 3:10-04814 (D.N.J.)

Clarification: again, all letters are forwarded to the Clerk of the Court, Rm. 2020, so surely they should have been filed as part of the record. It appears the Court is now trying to institute procedural ploys to harass or ignore *"The Peoples"* request to have all documents made part of the official record.

Yet, this Court's letter dated November 23, 2010, that was electronically mailed to the DOJ, surely creates questions upon what you are referring to. That is if our prior correspondence is/was not part of the official record why was the DOJ electronically notified? Clearly, your reply mandates that all prior correspondence now be made prior to the official record.

Clearly, there has been thus far a substantial amount of acrimony generated by this Court with respect to this matter, while we informally raised with you the issue of your recusal, we must confirm this request to you in writing again based upon conduct which we believe has been substantially beyond the norm in terms of required objectivity by a sitting judge.

Under all circumstances, we must respectfully request that you disqualify yourself from proceeding and permit the assignment of another Judge to this case.

Clearly we must reserve our rights herein. We are still waiting for our TRO to properly signed and adjudicated. Once again, *"We the people"* Plaintiffs anxiously await your reply.

Respectfully submitted,

Plaintiffs: Nicholas E. Purpura,   Donald R. Laster Jr, pro-se (s)
1802 Rue De La Port.             25 Heidl Ave
Wall, NJ 07719                   West Long Branch, NJ 07764
732-449-0856                     732-263-9235


cc: Chief Judge Garrett E. Brown, Jr.
    Ethan P. Davis, et el
    CLERK OF THE COURT Please file all papers submitted, plus those in Judge Wolfson's possession.

Attachment, Amended list of Plaintiffs, to be attached to main brief following page 42.

# Health Care Litigation :

## Nicholas E. Purpura and Donald R Laster Jr
*Pro Se*

## Additional Litigants:

Groups and Individuals are added in the order the request to be added to the Law Suit was received.  Requests are received from web form email and regular email forms.

Groups

> Jersey Shore Tea Party Patriots as authorized by the Board.  (Primary sponsor)
> Ocean Country Citizens for Freedom as authorized by the Founders. (Primary sponsor)
> Colts Neck Tea Party
> Jackson Tea Party Patriots
> Bayshore Tea Party Group

Individuals

> Delia J. McDougall
> Sharon Lamicella
> Ted Lamicella
> Mark Falzon
> Janice Conti
> James Corsi
> Patricia A Murphy
> Ted Peterson
> Nancy Peterson
> Clark Sherwood
> Connie J. Sherwood
> Francis X Quinn
> Joseph Ricci
> Beverly Marinelli
> David Downey
> Thomas A Grille
> Stephen Nicastro
> Joseph J Morici
> Doris Cauda
> Mary Moise
> Dave Marowitz
> Loretta M. De Haan
> Rose Carol Sefcik
> Delia J McDougall
> William McDougall
> Jamie A. McDougall
> Marianne Basile

This document will updated as new litigants request they be added.                    04/December/2010

# Health Care Litigation :

## Nicholas E. Purpura and Donald R Laster Jr
### *Pro Se*

---

## Additional Litigants:

Karen Mallarkey
Gerard DeVito
Frank Ragucci
Theodore Mravcak
Nancy Mravcak
Don J. Casement
Richard Eby
Arthur Lindberg
Helena Haritonoff
Kenneth Moll
Virginia Moll
Sherry A Tabor
Rem Hunnewell
Cathy Giancola
Gretel Siciliano
Joseph Abbruscato
William PJ. Simonson
Danielle L. Simonson
Edward J. Simonson
Mary A. Simonson
John D. Simonson
Sarah L. Simonson
Ronald J Veith
Donna VanderVeer
James Vander Veer
Mirco Kaja
Gary Bradley
Stephen Schultheis
Brandt Sielaff
Mark Irvin
Thomas S Eisenhart
Irene S. Hartmann
Michael Capro
Cecilia Anne Tumminia
Joanne Nerlick
Barbara Ziegner
Catherine Larson
Frank Larson
Walter Tuers
Mike Schreiber
Brett Rappaport

This document will updated as new litigants request they be added.                 04/December/2010

# Health Care Litigation :

## Nicholas E. Purpura and Donald R Laster Jr
*Pro Se*

---

## Additional Litigants:

Daniel Fialkowski
Paul O. Draper
Nance-ellen H. Draper
Sandra Cannon
Francis Render
Thomas A Grille
Michael Ayers
Dena Darmofal
Shirley A. Brower
David M. Summers
Alan Bucher
Lucille Graffeo
David I. Sharp
Emily A Marsh
James J. Woods
Henry Gall
Elizabeth Christie
Inola Francisco
Don Mason
Jessica Mason
Remsen Hunnewell
Douglas J Bonn
Greg Culbert
Gerry Grabinski
Michael Madden
Joseph Michael Wasik
Beverly Marinelli
Michael Hurley
Alice Young
Judy Juzaitis
Esther Lee
Pamela L. Chase
Philip L Robison
Antoinette DelGiudice
Lynn S. Moss
M.Scott Hamilton
Ronald DuBois
JoAnn Strano
Ike Israel
Calvin H. Wortman

This document will updated as new litigants request they be added.          04/December/2010

# Health Care Litigation :

## Nicholas E. Purpura and Donald R Laster Jr
*Pro Se*

---

## Additional Litigants:

Debra Rae Steinman
Debra Rae Steinman
Eric Hafner
Carol Ann Hafner
Gerard DeVito
Robert D'Andrea
Charles Kwiatkowski
Roselyn Hafner
Timothy L. Eshelman
Sherry A Tabor
Dwight Kehoe
Charles Measley
Jo Ciccarone
Barbara Gonzalez
Karen Kehoe
Herb Kaiser
Dru Reynolds
Carol Catalano
JoAnn Strano
Arthur Kassan
Elizabeth Kassan
Elaine Hopkins
Bill Jackwicz
Paul Arias
Joyce Notte
Frank Palermo
Barbara Foster
Ben Schulmann
Carole McMorrow
Patrick McMorrow
Joseph Ciccone
Virginia E. Martin
Richard Morrill
Julie Erickson
Robert A. Gordon
Lynn A. Gordon
Judson Johnson
Joseph Fox
Karen Bracken
Robert Hoffman

This document will updated as new litigants request they be added.                    04/December/2010

# Health Care Litigation :

**Nicholas E. Purpura and Donald R Laster Jr**
*Pro Se*

## Additional Litigants:

Lawrence Luhrman
Charles Bolopue
Kelly Tyrrel
John Kozyra
Peter A. Redpath
Dr Karl Verebey
Ivan B. Steiner
Evelyn A. Steiner
Teri Clark
Robert LaVecchio
Christopher J Miliotis
Randy May
Judith Beare
Patricia Hirsekorn
David Cohen
C Kowalski
William Halik
Mary Ann Caballero
Joel Graber
Susan Price
Gary C. Burroughs
Michael Pierone
Jerome Shenkman
Peter Sisca
Ivana Sisca
Michael Kavanagh
Donald Walker
Helen Ryan
John J Carey III
Sylvia Schwartz
Irene Peduto
Charles G Hanna, Jr.
Nancy Johnson
Jennifer McClurg
Debi Dottino
Michael Suozzi
Linda Allen
Robin Larsen
Frances J. Beard
Denise Kilinski

This document will updated as new litigants request they be added.          04/December/2010

# Health Care Litigation :

**Nicholas E. Purpura and Donald R Laster Jr**
*Pro Se*

---

## Additional Litigants:

Don Kilinski
Dottie Albanese
Irene Abramson
Theodore W. Schmitt
Helena Lobo-Zagorski
Marek Zagorski
John Mureski
Dolores Mureski
Mark Sweeney
Joel Pinkler
Heather Lum
Robert H. Morlock
Florence Chandler
John Pratt
John Cummins
Eva Moland
Kenny Budd
Leigh-Ann Bellew

This document will updated as new litigants request they be added.                    04/December/2010