UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
:
NICHOLAS E. PURPURA, DONALD R. :
LASTER JR., et al., : Civil Action No. 010-4814 (FLW)
:
:
Plaintiff, :
:
v. : **ORDER**
:
KATHLEEN SEBELIUS, et al., :
:
:
Defendants. :
:
_____:

      This matter having been opened to the Court on a Motion to Stay by Defendants Kathleen Sebelius, the United States Department of Health and Human Services, Timothy F. Geitner, the United States Department of the Treasury, Hilda L. Solis, and the United States Department of Labor ("Defendants") as well as by a letter request by Defendants seeking a thirteen day extension of time to respond to Plaintiffs' motion for summary judgment; the Court noting that Plaintiff has refused to consent to Defendants' request for an extension; and, further, the Court finding good cause to grant Defendants' request for a brief extension in light of the intervening holidays; and the Court noting that Plaintiff's Motion for Summary Judgment will be decided at the same time as Defendants' forthcoming Motion to Dismiss

    **IT IS** on this 4th day of January, 2011

    **ORDERED** that Defendants' Motion to Stay is **DENIED**; and it is further

**ORDERED** that Defendants' request for an extension of time until January 17, 2011 to respond to Plaintiffs' Motion for Summary Judgment is **GRANTED**.

/s/ Freda L. Wolfson
Honorable Freda L. Wolfson
United States District Judge