**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

**(609) 989-2182**

| | |
|---|---|
| **CHAMBERS OF**<br>**FREDA L. WOLFSON**<br>UNITED STATES DISTRICT JUDGE | **Clarkson S. Fisher Courthouse**<br>402 E. State Street<br>Trenton, NJ 08608 |

**January 13, 2011**

Nicholas E. Purpura
1802 Rue De La Port
Wall, NJ 07719
Pro Se

Donald R. Laster
25 Heidl Avenue
West Long Branch, NJ 07764
Pro Se

Ethan P. Davis
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20001

Re:   Purpura v. Sebelius
      Docket No.: 10-4814 (FLW)

Dear Messrs. Purpura, Laster and Davis:

     The Court writes to inform the parties that it will consider both Plaintiffs' Motion for Summary Judgment and Defendants' forthcoming Motion to Dismiss, as well as any opposition thereto, on February 22, 2011. If the Court elects to hold oral argument on these motions, it will so inform the parties.

                                           Very Truly Yours,

                                           /s/ Freda L. Wolfson
                                           Freda L. Wolfson, U.S.D.J.