Donald R Laster Jr.
25 Heidl Ave
West Long Branch, NJ 07764

Nicholas E. Purpora
1802 Rue De La Port
Wall, NJ 07719

Clerk of the Court
The Honorable Judge Freda L. Wolfson
U.S. District Court of the State of New Jersey
402 East State St, Room 2020
Trenton, NJ 08608

RECEIVED

FEB 1 4 2011

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Re: 3:10-cv-04814-FLW-DEA PURPURA et al v. SEBELIUS et al

Clerk of the Court,

On 08/February/2011 Nicholas E. Purpora and I received the Court's receipt of the latest filing of our documents in opposition to the DOJ's questionable response to the prior Court order and noticed that the document indicated Exhibit 1 was not present. Exhibit 1 was filed with the Court in the original filing in September of 2010. Exhibit 1 was Chief Judge Vinson's ruling rejecting the DOJ's request for Summary Judgment and dismissal of the multi-State/litigant action which the DOJ just lost in Florida.

Sincerely,

Donald R Laster Jr. for myself and Nicholas E. Purpora

Mr. Donald R. Laster, Jr.
25 Heidl Ave.
W. Long Branch, NJ 07764

Clerk of the Court
US District Court of the State of NJ
402 East State St. Room 2020
Trenton, NJ 08608