Nicholas E. Purpura/ Donald R. Laster Jr.
1802 Rue De La Port Dr.
Wall, New Jersey 07719
(732) 449-0856

April 4, 2010

RECEIVED

APR 07 2011

AT 8:30_____
WILLIAM T. WALSH——M
CLERK

U.S, District Court (D.N.J.)
Hon. Freda L. Wolfson
402 E. State Street, Rm. 2020
Trenton, New Jersey

To Be Made Part of Official Record
Re; PURPURA et al v SEBELIUS 3:10-cv-04814-GEB-DEA

Dear Judge Wolfson:

Again, We the people, Plaintiffs respectfully request in the interest of substantial justice this Honorable Court issue the ruling for the Plaintiffs that this Court said would be issued on the 22nd of February 2011.  In view of the fact that before her Honor are 19-violations of the U. S. Constitution and statutory law.

Defendants at each point in this case have failed to respond to the original petition, failed to respond to the motion for Summary Judgment and failed to obey the Court's order to respond to each and every Count.

Defendants stated they would respond to the Petition answering each Count claiming they would prove each Count without merit.  Unable to answer *any* of the Counts the Defendants chose to ignore the Petition.  Plaintiffs clearly proved, based upon Law and the FRCP, that ignoring an allegation is an affirmative acknowledgment.  Therefore, said allegation must be recognized by the Court to be accurate, truthful and factual.  By ignoring the original Petition and failing to answer, Defendants acknowledged all of the Counts in the Petition are accurate, true and factual. The Court must therefore rule in the favor of Plaintiffs on each and every Count by Law as set forth in the FRCP.

Forced to respond to a Summary Judgment Defendants chose to stall and prevaricate by misrepresenting Plaintiffs' Petition, misrepresenting existing case law, as well as numerous Supreme Court and lower Court rulings.  Defendants went so far as to attempt to paraphrase the language of the unconstitutional "Act" itself as if that would show the "Act" was constitutional. The "Act" in-of-itself distorts Supreme Court precedent to justify its unconstitutional provisions. Unable as before to answer each and every Count Defendants chose to try and stall rather than answer as required by Law.

And when ordered by this Court to answer every Count, Defendants responded with a filing all English teachers would give a failing grade. Defendants, insulting this Court, submitted a filing that was incoherent, casuistically and incomplete. Defendants "reply" interposed "answers" to one Count while claiming to answer another.  Each supposed answer in the screed when

extricated from the spurious verbiage of the "reply" was shown by Plaintiffs to be meaningless. But Defendants only presented "responses" to some Counts and not all Counts as ordered by the Court.   Therefore the Court is obligated by Constitutional Law and her Honor's sworn duty to uphold the Constitution under Article VI to rule for the Plaintiffs in reference to the Counts not answered by the Defendants.  It is irrefutable Defendants, failed to answer and/or prove any of the Counts to be inaccurate, false or without merit. It is incumbent upon this Court to rule in favor of Plaintiffs on all Counts and not protract this matter any longer.

Is this Court going to be an Appius Claudius or Publius Servilius?  Or is the Court going to obey and rule in accordance to the Law and the United States Constitution?

Respectfully,

Nicholas E. Purpura, *pro se*                    Donald R. Laster, *pro se*

cc. Ethan P. Davis United States Justice Department (Washington, D.C.)



Mr. Freda Wolfson
U.S. District Court (D.N.J.)
% Clerk
402 E. State Street) RM. 2020
Trenton, New Jersey 08608

Purpura/Foster
502 Rue De La Port
Brick, N.J. 07719

7010 3090 0002 3268 3941

0860081500

UNITED STATES
POSTAL SERVICE

1000                                08608

U.S. POSTAGE
PAID
EATONTOWN, NJ
07724
APR 04, 11
AMOUNT
$5.54
0005373-08