UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-2303
_____

NICHOLAS E. PURPURA; DONALD R. LASTER, JR.,
Appellants

v.

KATHLEEN SEBELIUS, Individually and as Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; TIMOTHY F. GEITHNER, Individually and as Secretary of the United States Department of the Treasury; UNITED STATES DEPARTMENT OF TREASURY; HILDA A. SOLIS, Individually and as Secretary of the United States Department of Labor; UNITED STATES DEPARTMENT OF LABOR

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 10-4814)
District Judge: Honorable Freda L. Wolfson

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
September 15, 2011

Before: SCIRICA, SMITH and VANASKIE, Circuit Judges
_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit LAR 34.1(a) on September 15, 2011. On consideration whereof, it is now hereby
ORDERED and ADJUDGED by this Court that the judgment of the District Court entered April 21, 2011, be and the same is hereby affirmed. Costs taxed against the appellants. All of the above in accordance with the opinion of this Court.

                                                ATTEST:

                                                <u>/s/ Marcia M. Waldron,</u>
                                                Clerk

DATED:  September 29, 2011